No. 64, Misc. DAVIS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Russell Morton Brown, Maurice C. Goodpasture* and *John J. Dwyer* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 67, Misc. MILLER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 73, Misc. FENNELL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 74, Misc. GRIZZELL *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *William D. Roth,* Special Assistant Attorney General, for respondent.

No. 76, Misc. PETERSON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 78, Misc. BAYLOR *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 83, Misc. MUENCH *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.